UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PATRICK S. CRICK, | ) | No. CV17-1348-JLR-BAT |
| Petitioner, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254 |
| v. | ) ) | |
| JAMES KEY, | ) ) | |
| Respondent. | ) ) | |

THE COURT, having considered Petitioner's unopposed motion to extend the deadline for filing a response to Respondent's answer to the petition for writ of habeas corpus under 28 U.S.C. § 2254, **GRANTS** the motion (Dkt. 16).

**IT IS ORDERED** that Petitioner's response is due by **February 12, 2018**. The habeas petition is **re-noted for February 16, 2018.**

Dated this 12th day of December, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO EXTEND
TIME TO FILE RESPONSE
(*Patrick Crick*, CV17-1348-JLR-BAT) - 1