UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. CRICK, <br><br> Petitioner, <br><br> v. <br><br> JAMES KEY, <br><br> Respondent. | No. 2:17-cv-1348-JLR-BAT <br><br> ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254 |

THE COURT, having considered the unopposed motion to extend the deadline for filing a response to Respondent's answer to his petition for writ of habeas corpus under 28 U.S.C. § 2254, **GRANTS** the requested extension.

**IT IS ORDERED** that Petitioner's response is due by **May 14, 2018**. The habeas petition is **re-noted for May 18, 2018.**

DONE this 5th day of February, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO EXTEND
TIME TO FILE RESPONSE
(*Patrick Crick*, CV17-1348-JLR-BAT) - 1