UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. CRICK,<br><br>    Petitioner,<br><br> v.<br><br>JAMES KEY,<br><br>    Respondent. | CASE NO. C17-1348 JLR-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER** |

The **GRANTS petitioner's** unopposed motion to extend time to file a response (Dkt. 20) to respondent's answer (Dkt. 14) and **ORDERS** petitioner's response is due July 16, 2018.

DATED this 4th day of May, 2018.

                 /s/ _____
                 BRIAN A. TSUCHIDA
                 United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO ANSWER - 1