DISTRICT JUDGE JAMES L. ROBART
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. CRICK, Petitioner, v. JAMES KEY, Respondent. | No. CV17-1348-JLR-BAT<br><br>(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION |

THE COURT, having considered the unopposed motion (Dkt. #27) to extend the deadline to file objections to Chief U.S. Magistrate Judge Brian A. Tsuchida's Report and Recommendation, GRANTS the requested extension.

IT IS ORDERED that Petitioner's objections to Chief Magistrate Judge Tsuchida's Report and Recommendation are now due on or before September 7, 2018.

DONE this 5th day of July, 2018.

[signature]

~~BRIAN A. TSUCHIDA~~ JAMES L. ROBART
~~CHIEF UNITED STATES MAGISTRATE JUDGE~~
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Patrick Crick



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**