DISTRICT JUDGE JAMES L. ROBART
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK S. CRICK,<br><br>Petitioner,<br><br>v.<br><br>JAMES KEY,<br><br>Respondent. | No. CV17-1348-JLR-BAT<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION |

THE COURT, having considered the second motion to extend the deadline to file objections to Chief U.S. Magistrate Judge Brian A. Tsuchida's Report and Recommendation, GRANTS the requested extension.

IT IS ORDERED that Petitioner's objections to Chief Magistrate Judge Tsuchida's Report and Recommendation are now due on or before September 21, 2018.

DONE this 8th day of September, 2018.

~~BRIAN A. TSUCHIDA~~
~~CHIEF UNITED STATES MAGISTRATE JUDGE~~
James L. Robart
U.S. District Court Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Patrick Crick

ORDER TO EXTEND TIME TO FILE
OBJECTIONS TO REPORT AND
RECOMMENDATION
(*Patrick Crick*, CV17-1348-JLR-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100